Scanned and Emailed
Osborn C.I.
# of pages _16_
Date _5/20/24_ Initials _AC_

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS
## AMENDED COMPLAINT

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. 3:24-CV-00392(SRU)

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Jason Turoczi

Chad Weed

Richard Brown

vs.           (Full List on Next Page(s) w/ signatures

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

Scott Semple (official/Ind)

James Dzurenda (official/Individual)

Carol Chapdelaine (official/Individual)

Edward Maldonado (official/Individual)

Maint Supervisor Roy (official/Ind)

Fire Safety Ofc Gero (official/Ind)

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

(rev. 11/7/22)                    Complete every section and **SIGN PAGE 7.**

Plaintiffs(s) & Signatures(s)

1. JASON TWOCK #289752
2. CHAD WEBB #346983
3. Richard Brown #391750
4. Michael Ranicki #422089
5. Joseph Marino #311313
6. Kevin Aponte #396657
7. Alejandro Zapata-Rebello #365362
8. CALVIN Neal #215699 — Calvin Neal
9. Mychal Richardson #412021
10. Israel Skinner #240319
11. Cedric Young #25009
12. Bayron Sierra-Torres #447003 — Bayron Sierra-Torres
13. Carey w Morse #428611 — Carey Morse
14. Stevie Martinez #391676
15. Peter Depino #398335
16. Arthur Elliot #312615 — Arthur Elliot
17. Ryan Hanlan #344710
18. Jack Frederick Allen #438299
19. Joshua Mason #312212
20. Gabriel Kelly #364838
21. Juan Cruz #340004

22) AUSTIN MARINELLI #436452

23) Jacob Lisheness #410384

24) CEDENO HERNANDEZ #428940

25) ANDREW Francoeur #364946

26) ALMANDO Aponte #423940

27) Kevin Lewis #

28) Michael Brawley #

29) Tommy Mejia #

30) Jovanni Santos #

31) Vernal Morgan #

32) John Sanchez #

33) Matthew Markham #

34) Joseph Materek #289403

35) Jeffrey Reynolds #146553

36) PETER Gilhooly #279035

37) John Willmott #

38) Curly Young #333649

39) Michael Kilday #284136

40) Joshua Thompson #337081

41) Jorden Young #403243

PLAINT(FS) + SIGNATURES

42) Samuel Pagan    #291093    _Samuel Pagan_

43) Marcos A. Ruiz    #415443    _Marcos Ruiz_

44) Adrian Dean    #320709    _(signature)_

45) Joel Albarran    #304093    _Joel Albarran_

46) Thomas Wojcik    #331456    _Thomas Wojcik_

47) Marquis Dasilva    #414942    _Marquis Dasilva_

48) Nicholas Gambardella    #423918    _Nicholas Gambardella_

49) Justin Dighello    #339099    _Justin Dighello_

50) Eric Zesk    #349835    _Eric Zesk_

51) Nefrali Soto-Rodriguez    #371487    N/A

52) George Kourpouanidis    #252622    _George Kourpouanidis_

53) Christopher Rafael    #386418    C Rafael

54) Thomas Beck    #299078    _Thomas Beck_

55) Cory Pennywell    #336306    _C. Pennywell_

56) Eric Espinal    #398608    _E. Espinal_

57) Jeremy Tamburri    #285498    _Jeremy Tamburri_

58) Davis Best    #419765    _Davis Best_

59) Guadalupe Viramentes    #394923    _Guadalupe Viramentes_

60) Mark Eddy    #363048    _(signature)_

61) Joshua Jackson    #438063    _Joshua Jackson_

## A.    JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.    ☑ State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.    ☐ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.


## B.    PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1.    First Plaintiff
   a.    Full Name: Jason Turcan
   b.    Inmate Number: 287752
   c.    Correctional facility: Osborn CI
          335 Bilton Road, Somers, CT 06071

2.    Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee

☐ Civil committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other (explain)_____

✱ All plaintiff(s) are at Osborn CI

2

C.    **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages.

1.    First Defendant

a.    Full Name: Scott Semple (Individual/Official)

b.    Rank or Title: CT DOC Commissioner

c.    Workplace: 24 Wolcott Hill Rd Wethersfield 06109

2.    Second Defendant

a.    Full Name: James Dzurenda (Indiv/official)

b.    Rank or Title: CT DOC Dep Commissioner

c.    Workplace: 24 Wolcott Hill Rd, Somers Wethersfield CT 06109

3.    Third Defendant

a.    Full Name: Carol Cepelak (Individual/Official)

b.    Rank or Title: CT DOC Dep Commissioner

c.    Workplace: 24 Wolcott Hill Rd, Wethersfield CT 06109

4.    Fourth Defendant

a.    Full Name: Edward Maldonado (official/Individual) CAP

b.    Rank or Title: Warden

c.    Workplace: 335 Bilton Rd Somers, CT 06071

5.    Fifth Defendant

a.    Full Name: Plant Facilities Engineer ~~Maint Supervisor~~ Ray (Individual/official)

b.    Rank or Title: Maintenance Supervisor

c.    Workplace: 335 Bilton Rd Somers, CT 06071

3



7) GMO Goodwin (Individual/official)
OSBORN CI 335 Bilton RD Somers capacity
CT 06071

8) Rich Hardy (Head of Maintenance) (Individual/official)
OSBORN CI 335 Bilton Rd, Somers, CT 06071 capacity

9) Maintenance Worker Trap (Individual/official capacity)
OCI 335 Bilton ROAD, Somers, CT 06071

10) Maintenance Worker Acosta (Individual/official)
OC(I), 335 Bilton ROAD, Somers, CT 06071 capacity

11) Maintenance Worker Sullivan (Individual/official)
OCI, 335 Bilton ROAD, Somers, CT 06071 capacity

12) Maintenance Worker Martin (Individual/official)
OCI, 335 Bilton ROAD, Somers, CT 06071 capacity

13) Maintenance Worker Bassette (Individual/official)
OCI, 335 Bilton ROAD, Somers, CT 06071 capacity

19) Maintenance Worker Bell (Individual/official)
OCI, 335 Bilton ROAD, Somers, CT 06071 capacity

6. Sixth Defendant

   a. Full Name: Fire safety ofc Gero (Individual / official)

   b. Rank or Title: FSO

   c. Workplace: 335 Bilton Rd, Somers, CT 06071
   (See Attached pages)

## D.    REASON FOR AMENDED COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.** Extension of Tolliver v. semple 3:16CV-1899 (SRU)

1. Plaintiff(s) were housed as Inmates at OSBORN CI, from 2011 thru present (all plaintiff(s) experienced the following)

2. OCI, Q Building where First plntf was housed, along with the entire prison contains high level(s) of PCB, friable asbestos, methane gas and black and yellow mud (shower(s) + thru BLDG).

3. Unsafe water (containing H-Pylori), poor building infrastructure + a plethora of fire hazards. Defendant semple along w/ FSO Gero

4. AND supervisor Roy did nothing to change situation + placed us in Q Building. Even as of May 15 2024, nothing has been truly fixed.

4

All plaintiff(s) intook cities, suffered respiratory issues + plaintiff(s) suffered mental, poor air quality. As of May 1st 2024, no sprinkler system, no fire drill(s), no automatic unlocking mechanisms for cell doors, no ventilation.

5. Maintenance Defendant(s) drilled holes in sewage pipes to facilitate clog removal. Holes are against code requirement(s) + release methane gas all day + night, subjecting all plaintiff(s) to

6. Hazardous gasses + tainted water w/ feces (H pylori). Fire Safety ofc. Lero failed to report holes or any fire hazards, Defendant Roy Signed testing and

7. monitoring reports on water quality despite being uncertified + violated law, he was unable to legally sign off, plus water quality reports were false.

8. The water west is cloudy + brown (murky) w/ a weird smell + terrible taste. For example, plaintiff Peter Gilhooly contracted H pylori due to feces in water. Other plaintiffs contracted H pylori

9. Previously as well, shower heads have rust + black yellow mold. Paint is peeling, containing asbestos + lead. Plaintiff(s) contained herein request

10. Damages due to truly hazardous conditions and OCI continues to violate rights thus unconstitutional, causing harm, deliberate indifference

See Tolliver v. SLMHA
for memo to Rebecca Cutler

If you need more space, attach additional pages, but be as brief as possible.

---

## E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

$49,000.00  compensatory damages
$200,000.00  punitive damages
$1.00  nominal damages

$250,000.00  Total Relief sought
& exempt from DAS cost of incarceration

All plaintiff(s) listed below are at all times relevant, associated with being affected by Osborn CI's tumultuous hazard that is water containing H-Pylori, among all the consistent maintenance issues in which Commissioner Semple, along with Edward Maldonado and maintenance supervisor Roy consequentially failed to affectuate the repair(s) necessary in order to ensure Osborn CI is completely safe. The gross negligence, along with complete blatant disregard not only for the safety of inmates, especially the plaintiff(s) listed herein, however, the staff was and is continuing to be harmed which is the prima facie basis for the filing of this suit/claim. Tolliver v. Semple is the primary claim in which we as plaintiff(s) are subsequently attached to and as a result of irreparrable harm, the plaintiff(s) have filed as such

F.    DO YOU WISH TO HAVE A JURY TRIAL?  YES   NO ☐

G.    DECLARATION UNDER PENALTY OF PERJURY

H.    PLAINTIFF'S CERTIFICATION AND WARNINGS

**Warning: You must sign this, or your amended complaint will not be filed.**

By signing this amended complaint, I certify that I have read the following:

**Before you file your Amended Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1.    Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2.    Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3.    Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4.    Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first.  If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5.    Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S.

6

477, 487 (1994).

6.      Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*.  In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this amended complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at: __Somers, CT_____ on __5/15/24_____
                    (Location)                                                 (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The amended complaint cannot be filed without a signature from each plaintiff.**

```
MOVEMENTS      NUMBER:   287752      NAME:  TUROCZI,JASON E          PAGE   1
FILE:  OSBORN CI                     MED FILE:  WILLARD-CYBULSKI CI
                                     DATE    SEQ   LOCATION          JUR STA
TRANSFER AMONG DOC LOCATIONS          2/06/2024 1  115 OSBORN CI      115 G
SENTENCED BY COURT                   12/28/2023 1  122 NEW HAVEN CC   122 G
SENTENCED BY COURT                   11/01/2023 1  122 NEW HAVEN CC   122 G
START SERVING SENTENCE (1+)           9/20/2023 1  122 NEW HAVEN CC   122 G
READMISSION, CONTINUED               12/27/2021 1  122 NEW HAVEN CC   122 U
DISCH FROM SPECIAL PAROLE SUPERVISION 5/10/2021 1  900 DISCHARGE      900 X
SPECIAL PAROLE ABSCONDER RETURNED     3/23/2021 1  122 NEW HAVEN CC   4S3 X
ABSCONDING FROM SPECIAL PAROLE        3/04/2021 1  820 ABSCONDER      4S3 X
TRANSFER OF SUPERVISION AMONG OFFICERS 11/30/2020 1 4DZ PO-RIVERA     4S3 X
CHANGED LOCATIONS, NOT JURIS OR STATUS 4/24/2020 1 4DT PO-RORIE       4S3 X
CHANGED LOCATIONS, NOT JURIS OR STATUS 2/28/2020 1 29H APT FOUNDATIO  4S3 X
RE-RELEASE TO SPEC PAR               10/17/2019 1  29E MAPLE STREET   4S3 X
SPECIAL PAROLE COMMITMENT             5/16/2019 1  123 BRIDGEPORT CC  4S3 X
HOLD FOR SPECIAL PAROLE               5/03/2019 1  123 BRIDGEPORT CC  4S3 X
CONTINUED BY COURT                    4/18/2019 1  123 BRIDGEPORT CC  123 U
DISCHARGE AND HOLD FOR SPECIAL PAROLE 3/20/2019 1  123 BRIDGEPORT CC  4S3 X
START SERVING SENTENCE (1-)           3/07/2019 1  123 BRIDGEPORT CC  123 L

CZSQ  5/03/2024    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:  00287752              ENTER FOR NEXT PAGE
```

```
MOVEMENTS      NUMBER:   287752     NAME: TUROCZI,JASON E              PAGE   02
FILE:  OSBORN CI                    MED FILE:  WILLARD-CYBULSKI CI
                                    DATE    SEQ    LOCATION          JUR STA
CONTINUED BY COURT                  10/19/2018 1   123 BRIDGEPORT CC 123 U
TECHNICAL VIOLATION OF SPECIAL PAROLE 10/17/2018 1 123 BRIDGEPORT CC 4S3 X
CHANGED LOCATIONS, NOT JURIS OR STATUS 6/08/2018 1  4IA PO-FERNANDES  4S3 X
DISCH TO SPECIAL PAROLE SUPERVISION  5/11/2018 1   29E MAPLE STREET  4S3 X
RELEASE TO COMMUNITY RELEASE          1/09/2018 1   29E MAPLE STREET  403 G
TRANSFER AMONG DOC LOCATIONS          6/08/2017 1   142 WILLARD-CYBUL 142 G
TRANSFER AMONG DOC LOCATIONS         11/23/2016 1   115 OSBORN CI     115 G
TRANSFER AMONG DOC LOCATIONS          8/11/2016 1   116 ROBINSON CI   116 G
SENTENCED BY COURT                    7/22/2016 1   115 OSBORN CI     115 G
TRANSFER AMONG DOC LOCATIONS          4/05/2016 1   115 OSBORN CI     115 G
START SERVING SENTENCE (1+)           3/17/2016 1   123 BRIDGEPORT CC 123 G
READMISSION, CONTINUED                8/10/2015 1   123 BRIDGEPORT CC 123 U
DISCHARGE FROM TRANSITIONAL PLACEMENT 12/19/2014 1  900 DISCHARGE     900 G
TRANSFER TO TRANSITIONAL PLACEMENT    9/18/2014 1   3DE PO-GESSAROLI  3T3 G
RELEASE TO COMMUNITY RELEASE          7/08/2014 1   29H APT FOUNDATIO 403 G
TRANSFER AMONG DOC LOCATIONS          5/16/2014 1   142 WILLARD-CYBUL 142 G
TRANSFER AMONG DOC LOCATIONS         10/18/2013 2   115 OSBORN CI     115 G

CZSQ  5/03/2024    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N   NUMBER:  00287752              ENTER FOR NEXT PAGE
```

```
MOVEMENTS       NUMBER:   287752     NAME:  TUROCZI,JASON E          PAGE   03
FILE:  OSBORN CI                     MED FILE:  WILLARD-CYBULSKI CI
                                     DATE    SEQ    LOCATION          JUR STA
TRANSFER AMONG DOC LOCATIONS        10/17/2013 1   124 CORR/RAD CC    124 G
TRANSFER AMONG DOC LOCATIONS        12/31/2012 1   137 MCDGL/WLKR CI  137 G
TRANSFER AMONG DOC LOCATIONS         5/10/2012 1   116 ROBINSON CI    116 G
TRANSFER AMONG DOC LOCATIONS         4/02/2012 1   115 OSBORN CI      115 G
TRANSFER AMONG DOC LOCATIONS         4/15/2011 1   142 WILLARD-CYBUL  142 G
SENTENCED BY COURT                   2/25/2011 1   114 MCDGL/WLKR CI  114 G
TRANSFER AMONG DOC LOCATIONS         2/01/2011 1   114 MCDGL/WLKR CI  114 G
START SERVING SENTENCE (1+)          1/25/2011 1   123 BRIDGEPORT CC  123 G
READMISSION, CONTINUED               1/14/2011 1   123 BRIDGEPORT CC  123 U
DISCHARGED, SENTENCE TIME SERVED     9/26/2008 1   900 DISCHARGE      900 G
TRANSFER AMONG DOC LOCATIONS         8/05/2008 1   142 WILLARD-CYBUL  142 G
SENTENCED BY COURT                   3/28/2008 1   123 BRIDGEPORT CC  123 G
RETURN FR TRANS SUPV W/CHARGES      12/28/2007 1   123 BRIDGEPORT CC  123 G
TRANSFER TO TRANSITIONAL SUPVR       7/13/2007 1   3DL PO-JOHNSON,RO  303 G
START SERVING SENTENCE (1+)          9/13/2006 1   123 BRIDGEPORT CC  123 G
READMISSION, CONTINUED               7/26/2006 1   123 BRIDGEPORT CC  123 U
UNSENTENCED DISCHARGE ON BOND        6/19/2006 1   940 DCHG TO BOND   940 U

CZSQ  5/03/2024    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00287752              ENTER FOR NEXT PAGE
```

```
MOVEMENTS      NUMBER:   287752    NAME:  TUROCZI,JASON E            PAGE   04
FILE:  OSBORN CI                   MED FILE:  WILLARD-CYBULSKI CI
                                    DATE   SEQ    LOCATION       JUR STA
READMISSION, CONTINUED            4/13/2006 1  123 BRIDGEPORT CC 123 U
UNSENTENCED DISCHARGE ON BOND     4/01/2006 1  940 DCHG TO BOND  940 U
READMISSION, CONTINUED            3/02/2006 1  123 BRIDGEPORT CC 123 U
UNSENTENCED DISCHARGE ON BOND     1/24/2006 1  940 DCHG TO BOND  940 U
READMISSION, CONTINUED           12/01/2005 1  123 BRIDGEPORT CC 123 U
UNSENTENCED DISCHARGE ON BOND    11/10/2005 1  940 DCHG TO BOND  940 U
READMISSION, CONTINUED           10/14/2005 1  123 BRIDGEPORT CC 123 U
UNSENTENCED DISCHARGE ON BOND     2/22/2005 1  940 DCHG TO BOND  940 U
CONTINUED BY COURT                2/18/2005 1  123 BRIDGEPORT CC 123 U
READMISSION,TEMPORARY SURRENDER   2/17/2005 1  123 BRIDGEPORT CC 123 U
DISCHARGED, SENTENCE TIME SERVED  1/17/2001 1  900 DISCHARGE     900 L
NEW ENTRY W/ SENTENCE LT 1 YEAR  12/19/2000 1  111 MANSON YI     111 L



CZSQ  5/03/2024   CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60        END

TRANSACTION: P/N   NUMBER:  00287752
```